IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRENDA WREN**                                                                                    **PLAINTIFF**

V.                                            **3:09CV00118 JMM**

**KEVIN TUCKER, Individually and in his**
**Official Capacity as a Police Officer for**
**Blytheville, Arkansas; ROSS THOMPSON,**
**Individually and in his Official Capacity as**
**Chief of Police for Blytheville, Arkansas;**
**CITY OF BLYTHEVILLE, ARKANSAS**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff. The Plaintiff's Amended Complaint is dismissed with prejudice as to her federal claims. Plaintiff's state law claims are dismissed without prejudice.

IT IS SO ORDERED this 6th day of February, 2012.


_____
James M. Moody
United States District Judge